FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
10/19/2023 2:49 PM
JAMIE SMITH
DISTRICT CLERK
23DCCV1570

CAUSE NO. 23DCCV1570

| | | |
|---|---|---|
| **SHANNA WILLIAMS** | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | 60th JUDICIAL DISTRICT |
| | § | |
| **DICK'S SPORTING GOODS, INC.** | § | |
| **D/B/A DICK'S SPORTING GOODS** | § | |
| *Defendant.* | § | JEFFERSON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Shanna Williams, hereinafter called Plaintiff, complaining of Dick's Sporting Goods, Inc. d/b/a Dick's Sporting Goods, hereinafter called Defendant or "Dick's Sporting Goods", and for cause of action show unto the Court the following:

### I. DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff intends that discovery be conducted under Discovery Level III.

### II. PARTIES AND SERVICE

2. Plaintiff, Shanna Williams, is a resident of Hardin County, Texas. Pursuant to Texas Civil Practice & Remedies Code Sec. 30.014(a)(1) and (2), the last three numbers of Shanna Williams's Texas driver's license number are XXXXX015 and the last three numbers of her Social Security Number are XXX-XX-X665.

3. Defendant, Dick's Sporting Goods, Inc. d/b/a Dick's Sporting Goods, is a foreign for-profit corporation organized and existing under the laws of the State of Delaware, and is duly licensed to conduct business in the State of Texas. Defendant may be served pursuant to sections 5.201 and 5.225 of the Texas Business Organizations Code by serving the registered agent of the corporation: Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218. **Issuance and service of citation is**

**requested**.

### III. JURISDICTION AND VENUE

4. The subject matter in controversy is within the jurisdictional limits of this court.

5. Plaintiff would show that Defendant, Dick's Sporting Goods, has continuous and systematic contacts with the state of Texas sufficient to establish general jurisdiction over said Defendants.

6. Plaintiff would also show that the cause of action arose from or relates to the contacts of Defendant, Dick's Sporting Goods, to the state of Texas, thereby conferring specific jurisdiction with respect to said Defendant.

7. Venue in Jefferson County County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

### IV. STATEMENT REGARDING MONETARY RELIEF SOUGHT

8. The damages sought by Plaintiff is within the jurisdictional limits of this Court. Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief over $250,000 but not more than $1,000,000; and a demand for judgment for all the other relief to which the party deems <u>herself</u> entitled. Discovery in this matter just commenced and, therefore, Plaintiff reserves the right to supplement in accordance with the Texas Rules of Civil Procedure.

### V. FACTS

9. On or about February 24, 2022, Plaintiff entered the Dick's Sporting Good's store located 6155 Eastex Freeway in Beaumont, Jefferson County, Texas to purchase workout equipment. Plaintiff went to the hand weight section of the store. Upon picking up one of the hand weights, the display containing that hand weight collapsed causing other weights to land on

Plaintiff's foot. The weight and its displayed constituted an unreasonably dangerous condition and her injuries were caused by this defect on the premises. Plaintiff's injuries were the result of Defendant, Dick's Sporting Good's negligence.

## VI. PLAINTIFF'S PREMISES LIABILITY CLAIM

10. It has become necessary to bring this lawsuit by reason of injuries and damages suffered by Plaintiff on or about February 24, 2022, while on the premises owned by Dick's Sporting Goods.

11. Plaintiff would show that on or about that date she was an invitee and patron upon Dick's Sporting Goods premises, when she was caused to sustain injuries due to a dangerous condition created by the Defendant, Dick's Sporting Goods, causing her serious bodily injuries.

12. Plaintiff was exercising ordinary care when suddenly and unexpectedly she was caused to sustain injuries due to a dangerous condition and/or hazard created by the Defendant, Dick's Sporting Goods, and which condition and/or hazard said Defendants' agents, servants, and employees knew or should have known existed. As a result of the aforesaid dangerous condition, Plaintiff sustained serious injuries.

13. Plaintiff would show that nothing she did nor failed to do caused, or in any way contributed to cause, the occurrence in question. Further, Plaintiff would respectfully show unto this Court that the Defendants failed to inspect and/or warn Plaintiff of the dangerous condition and/or hazard that they created, and, therefore, said Defendants were negligent as that term is understood under the laws of the State of Texas in one or more of the following respects:

    a. in failing to remedy the dangerous condition and/or hazard that they created and knew of, or in the exercise of ordinary care, should have known was present on the premises;

    b. in failing to warn persons similarly situated to Plaintiff, including Plaintiff,

of the dangerous condition and/or hazard located on said premises; and

c.  in more particularity to be shown at trial.

## VII. DAMAGES FOR PLAINTIFF

14. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Shanna Williams, was caused to suffer serious bodily injuries, and to incur the following damages:

A.  Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, Shanna Williams, for the necessary care and treatment of the injuries resulting from the accident and/or the aggravation of prior injuries and such charges are reasonable and were usual and customary charges;

B.  Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

C.  Physical pain and suffering in the past;

D.  Physical pain and suffering in the future;

E.  Loss of earnings in the past;

F.  Loss of earning capacity which will, in all probability, be incurred in the future;

G.  Disfigurement in the past;

H.  Disfigurement in the future;

I.  Mental anguish in the past; and

J.  Mental anguish in the future; and

## VIII. DEMAND FOR TRIAL BY JURY

15. Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

## X. PRAYER

4

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Shanna Williams, respectfully prays that the Defendant, Dick's Sporting Goods, Inc. d/b/a Dick's Sporting Goods, be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

**HERNANDEZ SUNOSKY, LLP**

By: */s/ Ian Hernandez*
Ian C. Hernandez
Texas Bar No. 24036763
ihernandez@hsinjuryattorney.com
Jimmy Sunosky
Texas Bar No. 24033372
jsunosky@hsinjuryattorney.com
1525 Lakeville Drive, Suite 212
Kingwood, Texas 77339
Tel. (713) 981-4100
Fax. (713) 981-4133
***ATTORNEYS FOR PLAINTIFF,***
***SHANNA WILLIAMS***