| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| SHANNA WILLIAMS, | § § § | |
| Plaintiff, | § § | |
| versus | § § | CIVIL ACTION NO. 1:23-CV-415 |
| DICK'S SPORTING GOODS, INC. d/b/a DICK'S SPORTING GOODS, | § § § § | |
| Defendant. | § | |

## ACKNOWLEDGMENT OF DISMISSAL

The parties have filed a Stipulation of Dismissal With Prejudice (#22) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the court acknowledges that this action is dismissed in its entirety, with prejudice, effective the date of the parties' voluntary dismissal. Each party shall bear its own costs of court and attorneys' fees.

SIGNED at Beaumont, Texas, this 22nd day of November, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE